UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
LOANCARE, LLC

| | |
|---|---|
| In Re: | Case No.:    23-10009-JNP |
| Scott Depka, | Chapter:    13 |
| Debtor. | Hearing Date:    3/14/2023 |
| | Judge:    Poslusny |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter: Secured Creditor's Objection to Confirmation (Docket # 25)

_____

Date: 03/13/2023                    /s/ Denise Carlon
                                    Signature

*rev.8/1/15*