Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  23−10009−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Scott E Depka
   217 Chestnut Street
   Blackwood, NJ 08012

Social Security No.:
   xxx−xx−0565

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Jerrold N. Poslusny Jr. on:

Date:       6/15/23
Time:       02:00 PM
Location:   4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Mitchell L Chambers Jr., Debtor's Attorney, period: 12/6/2022 to 5/8/2023

COMMISSION OR FEES
Fees: $1,500.00

EXPENSES
$60.00

If this is a chapter 13 case, the fees and expenses awarded:

   ☑    will not reduce the amount to be paid to general unsecured
        creditors under the plan.

   ☐    will reduce the amount to be paid to general unsecured
        creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: May 8, 2023
JAN:

                                              Jeanne Naughton
                                              Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-10009-JNP |
| Scott E Depka | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: May 08, 2023 | Form ID: 137 | Total Noticed: 20 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Scott E Depka, 217 Chestnut Street, Blackwood, NJ 08012-1153 |
| 519803323 | + | JEFFERSON HOSPITAL, P.O. BOX 3475, Toledo, OH 43607-0475 |
| 519828178 | + | Kerry L. Depka, 217 Chestnut Street, Blackwood, NJ 08012-1153 |
| 519812111 | + | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 519803332 | + | WELTMAN, WEINBERG, & REIS, 170 S. INDEPENDENCE MALL W, SUITE 874W, Philadelphia, PA 19106-3334 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 08 2023 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 08 2023 20:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519803322 | + | Email/Text: ally@ebn.phinsolutions.com | May 08 2023 20:33:00 | ALLY FINANCIAL, P.O. BOX 380901, Minneapolis, MN 55438-0901 |
| 519805338 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 08 2023 20:37:41 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519814036 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 08 2023 20:49:57 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519803325 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | May 08 2023 20:34:00 | LOANCARE, LLC, 3637 SENTARA WAY, Virginia Beach, VA 23452-4262 |
| 519860245 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | May 08 2023 20:34:00 | LoanCare, LLC, 3637 Sentara Way, Virgina Beach, VA 23452-4262 |
| 519803326 | + | Email/PDF: gecsedi@recoverycorp.com | May 08 2023 20:38:17 | Syncb/sync Bank Luxury, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519803624 | + | Email/PDF: gecsedi@recoverycorp.com | May 08 2023 21:00:25 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519803327 | + | Email/PDF: gecsedi@recoverycorp.com | May 08 2023 20:37:59 | Synchrony Bank / HH Gregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519803328 | + | Email/PDF: gecsedi@recoverycorp.com | May 08 2023 20:38:15 | Synchrony Bank/Flex LC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519803331 | | Email/Text: bankruptcy@td.com | May 08 2023 20:35:00 | TD BANK, N.A., 32 CHESTNUT STREET, |

Case 23-10009-JNP    Doc 38    Filed 05/10/23    Entered 05/11/23 00:14:09    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-1 | User: admin | Page 2 of 2 |
| --- | --- | --- |
| Date Rcvd: May 08, 2023 | Form ID: 137 | Total Noticed: 20 |

| | | | |
| --- | --- | --- | --- |
| | | | Lewiston, ME 04240 |
| 519803329 | Email/Text: bankruptcy@td.com | May 08 2023 20:35:00 | TD Bank, Attn: Bankruptcy, 1701 Route 70 E, Cherry Hill, NJ 08034 |
| 519803330 | Email/Text: bankruptcy@td.com | May 08 2023 20:35:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut Street Po Box 1377, Lewiston, ME 04243 |
| 519860643 | Email/Text: bankruptcy@td.com | May 08 2023 20:35:00 | TD Bank, NA, 70 Gray Road, Falmouth, ME 04105 |
| 519812111 | ^ MEBN | May 08 2023 20:29:33 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| lm | *+ | LOANCARE, 3637 SENTARA WAY, VIRGINIA BEACH, VA 23452-4262 |
| 519805339 | *+ | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519803324 | ##+ | KML LAW GROUP, 216 HADDON AVENUE, SUITE 406, Collingswood, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2023           Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor LOANCARE  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Mitchell L Chambers, Jr. | on behalf of Debtor Scott E Depka ecfbc@comcast.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4