# UNITED STATES BANKRUPTCY COURT
## FOR THE Main District of NEW JERSEY

| | |
|---|---|
| IN RE:<br><br>SCOTT E DEPKA | §<br>§ CASE NO.<br>§ 23-10009-JNP<br>§ Chapter 13<br>§ |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| NewRez LLC d/b/a Shellpoint Mortgage Servicing | LoanCare, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Shellpoint Mortgage Servicing
P.O. Box 10826 Greenville
Greenville, SC 29603-0675

Court Claim # (if known): 4
Amount of Claim: $ 218387.32
Date Claim Filed: 03/13/2023

Phone: (800)365-7107
Last Four Digits of Acct #: 0858

Phone: (800) 643-0202
Last Four Digits of Acct.#: 0018

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Larry Yip         Date:   9/19/2023

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# UNITED STATES BANKRUPTCY COURT
# FOR THE Main District of NEW JERSEY

| | |
|---|---|
| IN RE:<br><br>SCOTT E DEPKA | §<br>§   CASE NO.<br>§   23-10009-JNP<br>§   Chapter 13 |

## CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before 9/19/2023 via electronic notice unless otherwise stated:

**Debtor**     *Via U.S. Mail*

SCOTT E DEPKA
217 Chestnut St
Blackwood, NJ 08012-1153

**Debtors' Attorney**
MITCHELL L CHAMBERS, JR.
LAW OFFICES OF MITCHELL LEE CHAMBERS
602 Little Gloucester Rd Ste 5
Blackwood, NJ 08012-5213

**Chapter 13 Trustee**
ISABEL C. BALBOA
535 Route 38 Ste 580
Cherry Hill, NJ 08002-2977

Respectfully Submitted,

/s/ Kidd Yuen
Kidd Yuen