Printed on: 01/02/2024  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 23-10009 (JNP)

Scott E. Depka  
217 Chestnut Street  
Blackwood, NJ  08012

Monthly Payment: $521.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2023 to 12/31/2023**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 03/01/2023 | $521.00 | 03/14/2023 | $521.00 | 05/19/2023 | $1,042.00 | 07/05/2023 | $521.00 |
| 07/25/2023 | $1,042.00 | 11/14/2023 | $1,042.00 | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | SCOTT E. DEPKA | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | MITCHELL LEE CHAMBERS, JR., ESQUIRE | 13 | $4,150.00 | $3,160.18 | $989.82 | $3,160.18 |
| 0 | MITCHELL LEE CHAMBERS, JR., ESQUIRE | 13 | $1,560.00 | $1,078.67 | $481.33 | $1,078.67 |
| 1 | ALLY FINANCIAL | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | JEFFERSON HOSPITAL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | KML LAW GROUP | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | NEW REZ, LLC | 24 | $105,055.73 | $0.00 | $105,055.73 | $0.00 |
| 5 | SYNCB/SYNC BANK LUXURY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | SYNCHRONY BANK / HH GREGG | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | SYNCHRONY BANK/FLEX LC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | TD BANK, N.A. | 33 | $1,014.90 | $0.00 | $0.00 | $0.00 |
| 9 | TD BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | TD BANK, N.A. | 24 | $21,291.84 | $0.00 | $21,291.84 | $0.00 |
| 11 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | WELTMAN, WEINBERG, & REIS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | MITCHELL L CHAMBERS JR. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | ALLY FINANCIAL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | ALLY FINANCIAL | 24 | $0.00 | $0.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 02/01/2023 | 60.00 | $521.00 |
| 02/01/2028 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| | |
|---|---|
| Total payments received this period: | $4,689.00 |
| Total paid to creditors this period: | $4,238.85 |
| Undistributed Funds on Hand: | $0.00 |
| Arrearages: | $1,563.00 |
| Attorney: | MITCHELL LEE CHAMBERS, JR., ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**